### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

GARY A. WATSON,                    :

    Plaintiff,                :
vs.                                           CA 05-0180-C
                                        :
JO ANNE B. BARNHART,
Commissioner of Social Security,   :

    Defendant.

### JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $2,775.00 under the Equal Access to Justice Act, representing compensation for 22.2 hours of service by Rose A. McPhillips, Esquire, at the market rate of $125.00 an hour.

**DONE** this the 4th day of August, 2006.

                                  s/WILLIAM E. CASSADY
                                  **UNITED STATES MAGISTRATE JUDGE**